IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HARMON JAMES WINBORN, JR., }
   }
   Plaintiff, }
   }
   } CIVIL ACTION NO.
v. }
   } 97-AR-3200
STATE OF ALABAMA, *et al.*, }
   }
   Defendants. }
   }

**MEMORANDUM OPINION**

Based upon the jury's answers to special interrogatories, the motions for judgment as a matter of law made pursuant to Rule 50(a), F.R.Civ.P., by defendants Glenn Newton and Billy Mitchem are deemed moot. In retrospect, defendants' said motions should have been granted.

There is no logical avenue by which the two remaining defendants could be held liable to plaintiff after defendants Newton and Mitchem have been found not liable. Both because of the binding affect of the jury verdict and because plaintiff failed to make out a *prima facie* case of racially discriminatory conduct as against defendants, State of Alabama, d/b/a/ Alabama Department of Corrections, and Michael Haley, in his capacity as the head of the Department of Corrections, the declaratory and equitable relief sought against them must be denied, just as it will be against Newton and Mitchem.

An appropriate separate final judgment will be entered.

DONE this **21st** day of September, 1999.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE